IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cause No. 4:07CR42 |
| | § | (Judge Schell) |
| SALVADOR YANEZ RUIZ, et al | § | |

## ORDER UNSEALING INDICTMENT(S)

On this day came on to be considered the Government's Motion to Unseal Indictment(s) in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Indictment(s) in the above captioned matter is unsealed.

**SIGNED this 15th day of January, 2008.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE