# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | **C**RIMINAL ACTION NO. 4:07CR042 |
| § | |
| § | |
| § | |
| SALVADOR YANEZ RUIZ § | |

## ORDER ON MOTIONS

Before the Court is Defendant's *Pro Se* Motions For An Order Directing BOP or Government to Procure/Produce Petitioner's Post-Rehabilitation Documents in Support of 18 USC 3582 (c)(1)(A) (Dkts. #2018, 2019) wherein Defendant is requesting the Court compel the Government and/or the Bureau of Prisons to produce a progress report of Petitioner and any and all medical records within his Unit at BOP. After review, the Court finds that Defendant's motion is **DENIED**.

While there is nothing prohibiting the Government from providing such a request for the Court to consider, the Court declines to order the Government to do so. It is therefore,

**ORDERED** that the Defendant's *Pro Se* Motion For An Order Directing BOP or Government to Procure/Produce Petitioner's Post-Rehabilitation Documents in Support of 18 USC 3582 (c)(1)(A) (Dkt. #2018) is **DENIED**.

IT IS SO ORDERED.

**SIGNED this 12th day of April, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE